UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>-v-<br><br>Michaela Berney,<br>*Defendant.* | 10 Cr. 1082 (TPG)<br><br>**ORDER FOR RETURN OF BAIL**<br><br>**Bail No. M-19-1-13740** |

    An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of seven-thousand and five-hundred dollars (**$7,500**) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

    WHEREAS the defendant, Michaela Berney, through counsel Thomas F.X. Dunn, has made an application to the Court to release $5,000 of the $7,500 cash that was deposited; and

    WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

    WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

    WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out the $5,000 of the $7,500 referenced in the paragraph of this Order, less the Clerk's fees, if any, to the party which posted the amount deposited as bail.

Dated: New York, New York
January 12, 2016

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

PREET BHARARA
United States Attorney

by: _____  Date: January 12, 2016
Jason A. Richman
Assistant United States Attorney
212-637-2589

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2016

2